# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ORVILLE BAILEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) **CIVIL ACTION NO. 08-0600-KD-M** |
| | ) |
| **S & S RECOVERY SERVICES, LLC, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

This matter is before the court on the notice of settlement wherein the defendant reports that all claims against all defendants have been settled and that the parties expect to complete the necessary transfer of settlement documents and funds within the next twenty days (doc. 31). Accordingly, it is **ORDERED** that the above-styled action be **DISMISSED with prejudice** from the active docket of this court subject to the right of any party to reinstate the action within thirty (30) days of the date of this order should the settlement agreement not be consummated.

No other order shall be forthcoming from the court except upon application by either party for final judgment as prescribed by Rule 58, Federal Rules of Civil Procedure.

Each party shall bear their own costs unless otherwise agreed by the parties.

**DONE** and **ORDERED** this the 29th day of June, 2009.

    s / Kristi K. DuBose
    **KRISTI K. DuBOSE**
    **UNITED STATES DISTRICT JUDGE**